FANNIE SHIELDS, Individually and as Administratrix of the Estate of WILLIE SHIELDS, Deceased, Respondent, v. KING DAVID BUNGALOW COLONY, INC., Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.